**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **MARK WALLACE** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **Civil Action No.:** _____ |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant** | ) | |

## COMPLAINT

Come now Plaintiff, **MARK WALLACE**, by and through undersigned counsel, and for his claims hereby states as follows:

### PARTIES TO THE CASE

1.    Plaintiff, **MARK WALLACE**, is a resident of the Commonwealth of Virginia and resides at 106 Bunche Drive, Williamsburg, James City County, Virginia 23185.

2.    At all times relevant hereto, Plaintiff was an inmate/patient at FMC-Lexington located at 3301 Leestown Road, Lexington, Fayette County, Kentucky 40511 at the time of the incident giving rise to this tort action.

3.    At all times relevant hereto, the FMC-Lexington staff caring for Mark Wallace were acting in the course and scope of their employment with the U.S. Bureau of Prisons and were employees of the United States of America.

4.    Defendant, **UNITED STATES OF AMERICA**, is the proper party Defendant pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, *et seq.*

### JURISDICTION & VENUE

5.    Plaintiff incorporates by reference the allegations contained in paragraphs 1-4 of this Complaint as if fully set forth herein.

6.    This Court has jurisdiction pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, *et. seq.*

7.    The medical treatment forming the basis of this Claim occurred in Fayette County, Kentucky, which is within the Eastern District of Kentucky, at Lexington.

### EXHAUSTION OF ADMINISTRATIVE REMEDY

8. Plaintiff filed a Federal Tort Claim/Claim Form 95 with the U.S. Bureau of Prisons on **September 10, 2025.**

9. The U.S. Bureau of Prisons, Office of the General Counsel denied the claims by letter dated March 10, 2026.

10. Pursuant to 28 U.S.C. §2401(b), this suit is being initiated within six (6) months of the mailing of the notice of denial.

## FACTS

11. Plaintiff incorporates by reference the allegations contained in paragraphs 5-10 of this Complaint as if fully set forth herein.

12. On September 11, 2023, Mark Wallace presented to the University of Kentucky Orthopedics to undergo surgery on his ruptured left knee chronic patellar tendon with injury to the medial and lateral capsule and patellar retraction.

13. Specifically, the following procedures were performed on Mark Wallace: left knee patellar tendon reconstruction with hamstring autograft, left knee repair of medial and lateral capsule, and left hamstring autograft harvest.

14. All procedures were completed successfully and without complications with a post-operative plan for Mark Wallace to be returned to FMC-Lexington and remain in a locked knee-brace for 12 weeks during which time he was to receive physical therapy/rehabilitation at FMC-Lexington.

15. On or about September 30, 2023, Mark Wallace returned for postsurgical follow-up with University of Kentucky Orthopedics where he reported severe pain and swelling in his left leg/knee. It was noted by his surgeon that, since having the surgery, FMC-Lexington staff failed to adhere to Mark Wallace's postsurgical orders that physical therapy have no flexion of his left-knee beyond 30 degrees, thus rendering the reconstruction surgery a failure.

16. More specifically, unknown U.S. Bureau of Prisons agent(s), servant(s), and/or employee(s) manipulated Mark Wallace's left leg/knee during prison physical therapy session despite orders not to have the knee moved.

17. As a result of the acts and omissions of the U.S. Bureau of Prisons, through its agent(s), servant(s) and employee(s), as described in numbered paragraphs 15 and 16 above, Mark Wallace will now require additional reconstructive surgery in the future that he would not have otherwise needed.

18. It was the duty of the Defendant, **UNITED STATES OF AMERICA**, through its agent(s), servant(s) and employee(s), to exercise towards Mark Wallace that degree of care and skill expected of a reasonably prudent health service provider acting under similar circumstances.

19. The Defendant, **UNITED STATES OF AMERICA**, failed to exercise toward Mark Wallace that degree of care and skill expected of a reasonably prudent health service provider acting under similar circumstances.

20. As a result of the acts and omissions of Defendant, **UNITED STATES OF AMERICA**, Mark Wallace suffered injury and harmful medical complications that will require substantial future medical treatment and expense.

## DAMAGES

21. Plaintiff incorporates by reference the allegations contained in paragraphs 11-20 of this Complaint as if fully set forth herein.

22. As a result of the injuries suffered by Mark Wallace due to improper medical care, he is entitled to recover reasonable and necessary past, present, and future medical expenses.

23. As a result of the injuries suffered by Mark Wallace, he is entitled to compensation for the needless physical pain and mental anguish he suffered and will suffer in the future.

24. As a result of the injuries suffered by Mark Wallace, he is entitled to recover for the destruction of his power to earn money.

25. Mark Wallace is entitled to damages in the sum of **$2,000,000** which is the amount sought in Claim Form 95, sent on **September 10, 2025**.

**WHEREFORE**, Plaintiffs pray for the following relief:

A. For judgment against Defendant, **UNITED STATES OF AMERICA**, in the sum of **$2,000,000.**

B. For pre and post-judgment interest.

C. His costs herein expended.

D. For any and all other relief to which he may appear to be entitled.

Respectfully Submitted,

_____/s/_____          _____/s/_____
**E. Seth Combs, KBA#: 96093**                **Hon. Gary S. Logsdon**
*Law Office of E. Seth Combs, P.S.C.*         *Gary S. Logsdon & Associates*
**P.O. Box 1470**                             **P.O. Box 382**
**Hindman, Kentucky 41822**                   **101 Main Cross Street**
       **P | 606.785.2783**                   **Brownsville, Kentucky 42210**
       **F | 606.785.0048**                   **Email: gary@garylogsdonlaw.com**
       **E | seth@sethcombs.net**