

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center
*Consolidated Legal Center*
3301 Leestown Road
Lexington, KY 40511-8799

March 10, 2026

Gary S. Logsdon
Gary S. Logsdon & Associates
101 Main Cross Street
Brownsville, KY 42210

Re:    Administrative Tort Claim No. TRT-MXR-2025-09385
       Claimant – Mark Wallace, Federal Register Number 77262-083

Ms. Logsdon:

The above referenced administrative tort claim has been considered for administrative settlement under the Federal Tort Claims Act (FTCA), Title 28 U.S.C. § 2672, et seq., and the authority granted pursuant to 28 C.F.R. § 0.172. You allege your client was injured during post-surgery rehabilitation at FMC Lexington on September 12, 2023. You are seeking $2,000,000 as compensation for your client's alleged injuries, as well as pain and suffering.

The FTCA waives sovereign immunity and allows suits against the United States for personal injuries caused by governmental employees acting within the scope of their employment. *See* 28 U.S.C. § 1346(b). Under the FTCA, a claimant may recover monetary awards from the United States for injury, property loss, or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of employment. *Id*. The United States may be held liable only if the conduct complained of amounts to negligence in accordance with the law of the place where the act or omission occurred. *Id*

An investigation into your claim revealed no evidence of a physical injury caused by a negligent or wrongful act of a Bureau of Prisons employee acting within the scope of their employment. Accordingly, your claim is denied. If you are not satisfied with our determination in this matter, you may file suit in the appropriate U.S. District Court no later than six months from the date of this letter.

Sincerely,

H.P. Pratesi
Regional Counsel
Mid-Atlantic Region

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

Official Business
Penalty for Private Use $300

**Legal Dept.**



CERTIFIED MAIL®

7018 1830 0001 9487 1880

U.S. OFFICIAL MAIL

US POSTAGE PITNEY BOWES

ZIP 40511    $ 010.44⁰
02 7H
0005951595    MAR 10 2026

Gary S. Logsdon
Gary S. Logsdon & Associates
101 Main Cross Street
Brownsville, KY 42210

NAME _____
1ST NOTICE 3-13-26
2ND NOTICE 3-18-26
RETURN 3-28-26

42210-724201